[No. 20563. *En Banc.* November 15, 1927.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER ALFRED, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, French, J., entered November 29, 1926, upon a trial and conviction of manslaughter. Affirmed.

*Bogle, Bogle & Gates* and *Tucker, Hyland & Elvidge*, for appellant.

*Ewing D. Colvin* and *Ralph Hammer*, for respondent.

PER CURIAM.—Upon a hearing of this cause *En Banc*, in which the trial judge, who is now a member of this court, took no part, the court finds itself equally divided; and for the reason, therefore, that a constitutional majority cannot be secured for a reversal of the case, the judgment of the lower court must be, and hereby is affirmed.

[1]Reported in 260 Pac. 1073.